ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 8 2021

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | NO. |
| v. | |
| IVAN HERNANDEZ | 3-21CR0194-X |

## INDICTMENT

The Grand Jury charges:

### Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 6, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Ivan Hernandez**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Smith & Wesson, model SD9VE, 9 millimeter pistol, bearing serial number PDH4400.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Ivan Hernandez**,

shall forfeit to the United States of America any firearm and ammunition involved or

used in the offense.   This property includes, but is not limited to, the following:

(1)    a Smith & Wesson, model SD9VE, 9 millimeter pistol, bearing serial
       number PDH4400, and any ammunition seized with it.

A TRUE BILL:

Natalie Wilson
FOREPERSON


PRERAK SHAH
ACTING UNITED STATES ATTORNEY


ANDREW J. BRIGGS
Assistant United States Attorney
California Bar No. 294224
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: andrew.briggs@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

IVAN HERNANDEZ

---

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

---

A true bill rendered

---

DALLAS                                                        FOREPERSON

Filed in open court this 28 day of April, 2021.

---

**Warrant to be Issued - In State Custody**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending